IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE                                                                CASE NO. 13-10536-RAM
                                                                     CHAPTER. 13

Carlos Augusto Maza
aka Carlos Maza
aka Carlos Augusto Maza

                                        Debtors /

NOTICE OF APPEARANCE

    Tennille M. Shipwash of GREENSPOON MARDER, P.A., files this appearance as attorneys of record for GMAC Mortgage, LLC in the above case, and requests the Clerk to add the undersigned to the mailing matrix for the case.

    I HEREBY CERTIFY that on this 24th day of January, 2013 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Nancy N Herkert
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Carlos Augusto Maza
29005 SW 144th Court
Homestead, FL 33033

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    /s/ Tennille M. Shipwash
Tennille M. Shipwash
Florida Bar No. 617431
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309
Tel: (954)343-6273
Fax: (954)343-6982
Email: tennille.shipwash@gmlaw.com