| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | PCV/ Murcor Inc | **Regarding:** | | **Invoice Number:** | FC-2091543 |
| **Address:** | 740 Corporate Center Drive | CARLOS MAZA | | **Invoice Status:** | Check Requested |
| | Pomona, CA 91768 | 29005 SW 144 COURT | | **Loan No.:** | (redacted) |
| **Payee Code:** | 46299 | HOMESTEAD , FL 33033 | | **Loan Type:** | FHA |
| **Vendor Contact:** | Gloria Clement | | | **Acquistion Date:** | |
| **Vendor Ref #:** | (redacted) | | | **Type:** | Non-Judicial |
| **Servicer:** | GMAC Mortgage Corporation | | | **Referral Date :** | 12/5/2012 |
| **Inv. ID / Cat. ID** | 30001/09424 | | | **Loan Location:** | |
| **Investor Name** | GNMA | | | **FHA#** | FR0951226737703 |
| **Invoice ID** | 107681973 | | | **Submitted Date:** | **12/19/2012** |
| | | | | **Vendor Invoice Date:** | 12/10/2012 |
| | | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

### Appraisal - Appraisal Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 12/19/2012 | | | | 12/19/2012 | 12/19/2012 | | 1 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| **Costs** | Total: | $365.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | Inv Amt: | $365.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $2,967.60 | Exc Ord Allw: | |

**Costs**

| Category | Subcategory | Date | QTY | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Valuation Costs | Appraisal | 12/10/12 | 1 | $365.00 | $365.00 | $0.00 | $365.00 |
| Note: ok | | | | | | | |
| | | | | | Total: $365.00 | $0.00 | $365.00 |
| | | | | | Invoice Total: $365.00 | $0.00 | $365.00 |

EXHIBIT A