| | | |
|---|---|---|
| **Vendor** | Greenspoon Marder, PA | |
| **Address:** | Trade Center South, Suite 700 | |
| | 100 W. Cypress Creek Road | |
| | Fort Lauderdale, FL 33309 | |
| **Payee Code:** | 128809 | |
| **Vendor Contact:** | NBadiane | |
| **Vendor Ref #:** | 26293.1816 | |
| **Servicer:** | GMAC Mortgage Corporation | |
| **Inv. ID / Cat. ID** | 30001/09424 | |
| **Investor Name** | GNMA | |
| **Invoice ID** | 89388992 | |

| | |
|---|---|
| **Regarding:** | |
| CARLOS MAZA | |
| 29005 SW 144 COURT | |
| HOMESTEAD, FL 33033 | |

| | |
|---|---|
| **Invoice Number:** | 453744 |
| **Invoice Status:** | Check Confirmed |
| **Loan No.:** | ~~redacted~~ |
| **Loan Type:** | FHA |
| **Acquistion Date:** | |
| **Type:** | Judicial |
| **Referral Date:** | 11/10/2011 |
| **Loan Location:** | |
| **FHA#** | FR0951226737703 |
| **Submitted Date:** | 4/18/2012 |
| **Vendor Invoice Date:** | 4/18/2012 |
| **Paid In Full Date:** | N/A |
| **Foreclosure Removal Date:** | N/A |
| **MS Status:** | N/A |
| **Relief Requested Date:** | N/A |
| **Protection Begin Date:** | N/A |
| **Protection End Date:** | N/A |

**Foreclosure - Foreclosure Services - Judicial**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/18/2012 | | | | 04/18/2012 | 04/18/2012 | 04/19/2012 | 1 |

Dept || Comments || Line Items || Exceptions || Edit Summary || Adj. Summary || Chronology || Quote || Service Request || Guideline || Invoice Mapping || History || Payments || Reconciliation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $0.00 | IM Prev. Billed: | $650.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $522.60 | IM Prev. Billed: | $1,167.50 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $522.60 | Prev. Billed: | $1,817.50 | Loan Total Fees/Costs Prev.Billed: | $1,817.50 | Exc Ord Allw: |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Service Costs | Service of Process | 04/09/12 | 1 | $522.60 | $522.60 | $0.00 | $522.60 |
| | | | | Total: | $522.60 | $0.00 | $522.60 |
| | | | | Invoice Total: | $522.60 | $0.00 | $522.60 |

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Greenspoon Marder, PA | **Regarding:** | | **Invoice Number:** | 441852 |
| **Address:** | Trade Center South, Suite 700 | CARLOS MAZA | | **Invoice Status:** | Check Confirmed (Exc) |
| | 100 W. Cypress Creek Road | 29005 SW 144 COURT | | **Loan No.:** | ~~~~~~~ |
| | Fort Lauderdale, FL 33309 | HOMESTEAD, FL 33033 | | **Loan Type:** | FHA |
| **Payee Code:** | 128809 | | | **Acquistion Date:** | |
| **Vendor Contact:** | Alexandra Jurado | | | **Type:** | Judicial |
| **Vendor Ref #:** | 26293.1816 | | | **Referral Date :** | 11/10/2011 |
| **Servicer:** | GMAC Mortgage Corporation | | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | 30001/09424 | | | **FHA#** | FR0951226737703 |
| **Investor Name** | GNMA | | | **Submitted Date:** | 3/15/2012 |
| **Invoice ID** | 87342503 | | | **Vendor Invoice Date:** | 3/15/2012 |
| | | | | **Paid In Full Date:** | N/A |
| | | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Foreclosure - Foreclosure Services - Judicial**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 03/15/2012 | 03/16/2012 | 03/16/2012 | | 03/16/2012 | 03/16/2012 | 03/17/2012 | 2 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $650.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $967.50 | IM Prev. Billed: | $200.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $1,617.50 | Prev. Billed: | $200.00 | Loan Total Fees/Costs Prev.Billed: | $200.00 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 03/15/12 | 1 | $650.00 | $650.00 | $0.00 | $650.00 |
| | | | | Total: | $650.00 | $0.00 | $650.00 |

**Costs**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Recording Costs | Lis Pendens/NOPA | 03/07/12 | 1 | $7.00 | $7.00 | $0.00 | $7.00 |
| Recording Costs | Loan Assignment | 02/22/12 | 1 | $14.50 | $14.50 | $0.00 | $14.50 |
| Filing Costs | Filing Fee Complaint | 03/07/12 | 1 | $946.00 | $946.00 | $0.00 | $946.00 |
| | | | | Total: | $967.50 | $0.00 | $967.50 |
| | | | | Invoice Total: | $1,617.50 | $0.00 | $1,617.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Vendor** | Greenspoon Marder, PA | **Regarding:** | | **Invoice Number:** | | 432905 |
| **Address:** | Trade Center South, Suite 700 | CARLOS MAZA | | **Invoice Status:** | | Check Confirmed |
| | 100 W. Cypress Creek Road | 29005 SW 144 COURT | | **Loan No.:** | | ~~0201039~~ |
| | Fort Lauderdale, FL 33309 | HOMESTEAD, FL 33033 | | **Loan Type:** | | FHA |
| **Payee Code:** | 128809 | | | **Acquistion Date:** | | |
| **Vendor Contact:** | Chelsea Jones | | | **Type:** | | Judicial |
| **Vendor Ref #:** | 26293.1816 | | | **Referral Date:** | | 11/10/2011 |
| **Servicer:** | GMAC Mortgage Corporation | | | **Loan Location:** | | |
| **Inv. ID / Cat. ID** | 30001/09424 | . | | **FHA#** | | FR0951226737703 |
| **Investor Name** | GNMA | | | **Submitted Date:** | | 2/15/2012 |
| **Invoice ID** | 85425209 | | | **Vendor Invoice Date:** | | 2/15/2012 |
| | | | | **Paid In Full Date:** | | N/A |
| | | | | **Foreclosure Removal Date:** | | N/A |
| | | | | **MS Status:** | | N/A |
| | | | | **Relief Requested Date:** | | N/A |
| | | | | **Protection Begin Date:** | | N/A |
| | | | | **Protection End Date:** | | N/A |

### Foreclosure - Foreclosure Services - Judicial

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 02/15/2012 | | | | 02/15/2012 | 02/15/2012 | 02/16/2012 | 1 |

| Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $0.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $200.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $200.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $0.00 | Exc Ord Allw: |

#### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Title Costs | Title Search | 12/01/11 | 1 | $200.00 | $200.00 | $0.00 | $200.00 |
| | | | | Total: | $200.00 | $0.00 | $200.00 |
| | | | | Invoice Total: | $200.00 | $0.00 | $200.00 |

| | | | | |
|---|---|---|---|---|
| **Vendor** | Greenspoon Marder, PA | **Regarding:** | **Invoice Number:** | 472601 |
| **Address:** | Trade Center South, Suite 700 | CARLOS MAZA | **Invoice Status:** | Check Confirmed |
| | 100 W. Cypress Creek Road | 29005 SW 144 COURT | **Loan No.:** | [redacted] |
| | Fort Lauderdale, FL 33309 | HOMESTEAD, FL 33033 | **Loan Type:** | FHA |
| **Payee Code:** | 128809 | | **Acquistion Date:** | |
| **Vendor Contact:** | Lori Walker | | **Type:** | Judicial |
| **Vendor Ref #:** | 26293.1816 | | **Referral Date:** | 11/10/2011 |
| **Servicer:** | GMAC Mortgage Corporation | | **Loan Location:** | |
| **Inv. ID / Cat. ID** | 30001/09424 | | **FHA#** | FR0951226737703 |
| **Investor Name** | GNMA | | **Submitted Date:** | 6/21/2012 |
| **Invoice ID** | 94605386 | | **Vendor Invoice Date:** | 6/21/2012 |
| | | | **Paid In Full Date:** | N/A |
| | | | **Foreclosure Removal Date:** | N/A |
| | | | **MS Status:** | N/A |
| | | | **Relief Requested Date:** | N/A |
| | | | **Protection Begin Date:** | N/A |
| | | | **Protection End Date:** | N/A |

### Foreclosure - Foreclosure Services - Judicial

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 06/21/2012 | | | | 06/21/2012 | 06/21/2012 | 06/22/2012 | 1 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $287.50 | IM Prev. Billed: | $650.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $215.00 | IM Prev. Billed: | $1,690.10 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $502.50 | Prev. Billed: | $2,340.10 | Loan Total Fees/Costs Prev.Billed: $2,465.10 | Exc Ord Allw: |

### Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Allowable | 06/20/12 | 1 | $287.50 | $287.50 | $0.00 | $287.50 |
| | | | | Total: | $287.50 | $0.00 | $287.50 |

### Costs

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Service Costs | Publication | 05/23/12 | 1 | $165.00 | $165.00 | $0.00 | $165.00 |
| Note: NOA | | | | | | | |
| Title Costs | Later Date/Update Title Search | 05/16/12 | 1 | $50.00 | $50.00 | $0.00 | $50.00 |
| | | | | Total: | $215.00 | $0.00 | $215.00 |
| | | | | Invoice Total: | $502.50 | $0.00 | $502.50 |