| | | | | | |
|---|---|---|---|---|---|
| Vendor | Greenspoon Marder, PA | Regarding: | | Invoice Number: | 544930 |
| Address: | Trade Center South, Suite 700 | CARLOS MAZA | | Invoice Status: | Check Confirmed |
| | 100 W. Cypress Creek Road | 29005 SW 144 COURT | | Loan No.: | (redacted) |
| | Fort Lauderdale, FL 33309 | HOMESTEAD, FL 33033 | | Loan Type: | FHA |
| Payee Code: | 128809 | | | Acquistion Date: | |
| Vendor Contact: | NBadiane | | | Type: | Non-Judicial |
| Vendor Ref #: | 26293.1816 | | | Referral Date: | 1/22/2013 |
| Servicer: | GMAC Mortgage Corporation | | | Loan Location: | |
| Inv. ID / Cat. ID | 30001/09424 | | | FHA# | FR0951226737703 |
| Investor Name | GNMA | | | BK Case No: | 13-10536 |
| Invoice ID | 114681357 | | | Submitted Date: | 4/3/2013 |
| | | | | Vendor Invoice Date: | 4/3/2013 |
| | | | | Paid In Full Date: | N/A |
| | | | | Foreclosure Removal Date: | N/A |
| | | | | MS Status: | N/A |
| | | | | Relief Requested Date: | N/A |
| | | | | Protection Begin Date: | N/A |
| | | | | Protection End Date: | N/A |

Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/03/2013 | | | | 04/03/2013 | 04/03/2013 | 04/04/2013 | 1 |

| Dept || Comments || Line Items || Exceptions || Edit Summary || Adj. Summary || Chronology || Quote || Service Request || Guideline || Invoice Mapping || History || Payments || Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fees | Total: | $150.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| Costs | Total: | $0.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| Totals | Inv Amt: | $150.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: | $3,332.60 | Exc Ord Allw: |

Fees

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Review of Plan | 04/03/13 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |
| | | | | Total: | $150.00 | $0.00 | $150.00 |
| | | | | Invoice Total: | $150.00 | $0.00 | $150.00 |

EXHIBIT C

| Vendor | Greenspoon Marder, PA | Regarding: | | Invoice Number: | 551768 |
|---|---|---|---|---|---|
| Address: | Trade Center South, Suite 700 | CARLOS MAZA | | Invoice Status: | Check Confirmed |
| | 100 W. Cypress Creek Road | 29005 SW 144 COURT | | Loan No.: | ~~~~~~ |
| | Fort Lauderdale, FL 33309 | HOMESTEAD, FL 33033 | | Loan Type: | FHA |
| Payee Code: | 128809 | | | Acquistion Date: | |
| Vendor Contact: | Jessica Fernandez | | | Type: | Non-Judicial |
| Vendor Ref #: | 26293.1816 | | | Referral Date: | 1/22/2013 |
| Servicer: | GMAC Mortgage Corporation | | | Loan Location: | |
| Inv. ID / Cat. ID | 30001/09424 | | | FHA# | FR0951226737703 |
| Investor Name | GNMA | | | BK Case No: | 13-10536 |
| Invoice ID | 116268807 | | | Submitted Date: | 4/26/2013 |
| | | | | Vendor Invoice Date: | 4/26/2013 |
| | | | | Paid In Full Date: | N/A |
| | | | | Foreclosure Removal Date: | N/A |
| | | | | MS Status: | N/A |
| | | | | Relief Requested Date: | N/A |
| | | | | Protection Begin Date: | N/A |
| | | | | Protection End Date: | N/A |

**Bankruptcy - Bankruptcy Services - Chapter 13**

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 04/26/2013 | | | | 04/26/2013 | 04/26/2013 | 04/27/2013 | 1 |

| Dept || Comments || Line Items || Exceptions || Edit Summary || Adj. Summary || Chronology || Quote || Service Request || Guideline || Invoice Mapping || History || Payments || Reconciliation |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $275.00 | IM Prev. Billed: | $150.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | IM Prev. Billed: | $0.00 | Exc. Loan Allow: | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | |
| **Totals** | Inv Amt: | $275.00 | Prev. Billed: | $150.00 | Loan Total Fees/Costs Prev.Billed: | $3,482.60 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 04/26/13 | 1 | $275.00 | $275.00 | $0.00 | $275.00 |
| | | | | | Total: | $275.00 | $0.00 | $275.00 |
| | | | | | Invoice Total: | $275.00 | $0.00 | $275.00 |