

**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|
| **Reference Number** | [redacted] | **Invoice Date** | 09/27/2010 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 223373855 | 09/16/2010 | 09/25/2010 | | CARLOS MAZA | Borrower Interview | Collection | FHA | | 09/28/2010 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

**Client Name**  Ocwen Loan Servicing, LLC

**Client Address**  ,

**Reference Number**  07194421

**Invoice Date**  12/29/2010

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 225171171 | 12/17/2010 | 12/25/2010 | | CARLOS MAZA | Borrower Interview | Collection | FHA | | 12/29/2010 | FL | $11.25 |

Total: $11.25
Count: 1



|  |  |
|---|---|
|  | **CoreLogic Field Services**<br>P.O Box 202057<br>Dallas, TX 75320-202057<br>Phone: 1-800-873-4532 |

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|
| **Reference Number** | 07227713 | **Invoice Date** | 02/04/2011 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Cancel Type Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 225749149 | 02/01/2011 | 02/01/2011 |  | CARLOS MAZA | Borrower Interview | Collection | FHA | 02/02/2011 | FL | $11.25 |

|  |  |
|---|---|
| **Total:** | **$11.25** |
| **Count:** | **1** |

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx    7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| | | | |
|---|---|---|---|
| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
| **Reference Number** | 07275206 | **Invoice Date** | 03/25/2011 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 226596909 | 03/23/2011 | 03/25/2011 | ████ | CARLOS MAZA | Borrower Interview | Collection | FHA | | 03/25/2011 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

**Inspection Invoice Details**

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|
| **Reference Number** | 07725437 | **Invoice Date** | 09/30/2011 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Cancel Type Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 229754240 | 09/24/2011 | 09/29/2011 | ▮▮▮▮ | CARLOS MAZA | Borrower Interview | Collection | FHA | 09/30/2011 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |

| **Reference Number** | 07822319 | **Invoice Date** | 11/07/2011 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230350695 | 10/25/2011 | 11/03/2011 | (redacted) | CARLOS MAZA | Borrower Interview | Collection | FHA | | 11/07/2011 | FL | $20.00 |

Total: $20.00
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx

7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|

| **Reference Number** | 07859964 | **Invoice Date** | 11/30/2011 |
|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 230960003 | 11/24/2011 | 11/28/2011 | ████████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 11/30/2011 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | | **Client Address** | , |
|---|---|---|---|---|

| **Reference Number** | 07896819 | **Invoice Date** | 12/28/2011 |
|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 231570910 | 12/24/2011 | 12/27/2011 | | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 12/28/2011 | FL | $11.25 |

Total: $11.25
Count: 1



CoreLogic Field Services
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

**Client Name**  Ocwen Loan Servicing, LLC    **Client Address**  ,

**Reference Number**  07938571    **Invoice Date**  02/03/2012

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232240155 | 02/01/2012 | 02/02/2012 | ███████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 02/03/2012 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|

| **Reference Number** | 07978414 | **Invoice Date** | 03/08/2012 |
|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 232882963 | 03/02/2012 | 03/06/2012 | ███████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 03/08/2012 | FL | $11.25 |

Total: $11.25
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx

7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

**Client Name**  Ocwen Loan Servicing, LLC                **Client Address**  ,

**Reference Number**  08008970                            **Invoice Date**  04/04/2012

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 233468501 | 04/03/2012 | 04/04/2012 | ██████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 04/04/2012 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | | **Client Address** | , |
|---|---|---|---|---|
| **Reference Number** | 08093609 | | **Invoice Date** | 05/08/2012 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234147429 | 05/03/2012 | 05/07/2012 | ███████3 | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 05/08/2012 | FL | $14.75 |

Total: $14.75
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | | **Client Address** | , |
|---|---|---|---|---|

| **Reference Number** | 08187690 | | **Invoice Date** | 06/11/2012 |
|---|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234694488 | 06/02/2012 | 06/06/2012 | | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 06/11/2012 | FL | $14.75 |

Total: $14.75
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx                       7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|
| **Reference Number** | 08255759 | **Invoice Date** | 07/07/2012 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 235203782 | 07/03/2012 | 07/06/2012 | | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 07/06/2012 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

| | | | |
|---|---|---|---|
| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
| **Reference Number** | 08414116 | **Invoice Date** | 09/05/2012 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 236411178 | 09/01/2012 | 09/03/2012 | ********* | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 09/03/2012 | FL | $11.25 |

Total: $11.25
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx                    7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| | | | |
|---|---|---|---|
| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
| **Reference Number** | 08493662 | **Invoice Date** | 10/04/2012 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 237024890 | 10/02/2012 | 10/03/2012 | ▓▓▓▓▓▓ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 10/04/2012 | FL | $18.25 |

Total: $18.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | | **Client Address** | , |
|---|---|---|---|---|
| **Reference Number** | 08572013 | | **Invoice Date** | 11/08/2012 |

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 237698854 | 11/01/2012 | 11/06/2012 | ██████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 11/08/2012 | FL | $11.25 |

Total: $11.25
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx

7/2/2013



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

## Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|

| **Reference Number** | 08597684 | **Invoice Date** | 12/04/2012 |
|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 238281381 | 12/01/2012 | 12/04/2012 | ████████ | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 12/04/2012 | FL | $11.25 |

Total: $11.25
Count: 1



**CoreLogic Field Services**
P.O Box 202057
Dallas, TX 75320-202057
Phone: 1-800-873-4532

### Inspection Invoice Details

| **Client Name** | Ocwen Loan Servicing, LLC | **Client Address** | , |
|---|---|---|---|

| **Reference Number** | 08629727 | **Invoice Date** | 01/09/2013 |
|---|---|---|---|

| Work Order Number | Assigned Date | Completed Date | Loan Number | Mortgagee | Order Type | Department | Loan Type | Cancel Date | Transmission Date | State | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 238908222 | 01/01/2013 | 01/05/2013 | | CARLOS MAZA | Foreclosure Inspection | Foreclosure | FHA | | 01/08/2013 | FL | $11.25 |

Total: $11.25
Count: 1

https://pcw.corelogic.com/InvoiceTab/PrintInspInvoice.aspx

7/2/2013