**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FOURTH AMENDED PLAN**

DEBTOR: Carlos Augusto Maza        JOINT DEBTOR:            CASE NO.: 13-10536-RAM

Last Four Digits of SS# ___4177___    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 1,313.91 for months 1 to 60 ;in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00        TOTAL PAID $ 2,000.00
    Balance Due    $ 1,650.00        payable $137.50 /month  (Months 1 to 12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. GMAC Mortgage, LLC            Arrearage on Petition Date $15,543.83
Address: POB 4622, Waterloo, IA 50704    Arrears Payment   $ 316.72/month (Months  1  to  12 )
Account No: 602401993            Arrears Payment   $ 244.65 /month (Months  13 to  60 )
                                               Regular Payment  $ 641.63 /month (Months  1  to  60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | $ | % | $ | _____ To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Craig E. Weissberg, Esq.        Total Due    $ 5,200.00
9155 S. Dadeland Boulevard, Suite 1012    Payable  $ 86.67 /month (Months 1 to 60
Miami, FL 33156

Unsecured Creditors: Pay $209.57 /month (Months 13 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
 Attorney for Debtor            Joint Debtor
Date:  8/19/13                Date:

LF-31 (rev. 01/08/10)