UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                          Case No: 13-10536-RAM
                                                                Chapter 13

Carlos Augusto Maza
aka Carlos Maza
aka Carlos Augusto Maza
Debtor(s)

_____/

**NOTICE OF APPEARANCE**
_Re:29005 SW 144 COURT, HOMESTEAD, FL 33033_

Jason D. Silver of Greenspoon Marder, P.A., files this appearance as attorneys of record for

Ocwen Loan Servicing, LLC, in the above case, and requests the Clerk to add the undersigned to

the mailing matrix for the case.

I HEREBY CERTIFY that on this 20th day of November, 2013, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the

following CM/ECF participants electronically and/or via US Mail.

I hereby certify that I am admitted to the Bar of the United States District Court
for the Southern District of Florida and I am in compliance with the additional
qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Jason D. Silver
_____
Jason D. Silver
Florida Bar No. 92547
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309
Tel: (954)491-1120
Fax: (954)771-9264
Email: jason.silver@gmlaw.com

26293.1816bk

**Mailing List:**

**Robert Sanchez, Esq**
355 W 49 St.
Hialeah, FL 33012

**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Carlos Augusto Maza**
29005 SW 144th Court
Homestead, FL 33033