## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                          CASE NO: 13-10536-RAM
                                                                CHAPTER 13

CARLOS AUGUSTO MAZA
*aka* Carlos Maza
*aka* Carlos Augusto Maza,

    Debtor
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned attorney hereby appears as counsel for Ocwen Loan Servicing, LLC ("Secured Creditor") and requests that all notices required by Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the following be added to the Court's Master Mailing List:

### LINDSEY A. SAVASTANO, ESQUIRE
### BROCK & SCOTT, PLLC
### 1501 NW 49TH STREET, SUITE 200
### FORT LAUDERDALE, FL 33309

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Carlos Augusto Maza, 29005 S.W. 144th Court, Homestead, FL 33033; Robert Sanchez, Esq., 355 W. 49 St., Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 6th day of February, 2014.

                                                  BROCK & SCOTT, PLLC
                                                  Attorney for Secured Creditor
                                                  1501 NW 49th Street, Suite 200
                                                  Fort Lauderdale, FL 33309
                                                  Phone: (954) 618-6955 / Ext. 6010
                                                  Fax: (954) 618-6953
                                                  Lindsey.Savastano@brockandscott.com

                                                  /s/ Lindsey A. Savastano
                                                  _____
                                                  LINDSEY A. SAVASTANO, ESQUIRE
                                                  Florida Bar No. 57079