## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                                                      CASE NO: 13-10536-RAM
                                                                                             CHAPTER 13

CARLOS AUGUSTO MAZA aka Carlos Maza, aka Carlos
Augusto Maza,

    Debtor
_____/

## AGREED NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** of the substitution of Reka Beane, Esq. of Brock & Scott, PLLC for Lindsey A. Savastano, Esq. of Brock & Scott, PLLC, as attorney for Ocwen Loan Servicing, LLC ("Secured Creditor") in this case. Undersigned counsel certifies that the client has consented to the substitution. The Clerk is requested to remove Lindsey A. Savastano, Esq. from the CM-ECF mailing matrix.

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Carlos Augusto Maza, 29005 SW 144th Court, Homestead, FL 33033; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the U.S. Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 5th day of February, 2016.

                                            BROCK & SCOTT, PLLC
                                            Attorney for Secured Creditor
                                            PO Box 25018
                                            Tampa, FL 33622
                                            Phone: (813) 251-4766
                                            FloridaBKLegal@brockandscott.com

                                            /s/ Reka Beane
                                            REKA BEANE, ESQUIRE
                                            Florida Bar No. 0052919

                                            /s/ Lindsey A. Savastano
                                            LINDSEY A. SAVASTANO, ESQUIRE
                                            Florida Bar No. 57079

B&S File No. 12-F04086