

**ORDERED in the Southern District of Florida on February 21, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Carlos Augusto Maza                    Case No: 13-10536-RAM
                                                Chapter 13

             Debtor          /

### AGREED ORDER CONTINUING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE, IN ADDITION TO MOTION FOR SANCTIONS AGAINST OCWEN LOAN SERVICING, LLC

**THIS MATTER** having come to be heard on this 14th day of February, 2017 upon Debtor's Objection to Notice of Mortgage Payment Change, in addition to Motion For Sanctions Against Ocwen Loan Servicing, LLC [ECF#68], and noting the agreement to continue, IT IS;

**ORDERED AND ADJUDGED:**

1. The above-mentioned Matter is continued to:

    Date: March 14, 2017
    Time: 9:00 a.m.
    Location: C. Clyde Atkins U.S. Courthouse,
    301 N Miami Ave
    Courtroom 4 (RAM)
    Miami, FL 33128

                    # # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.