UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                         CASE NO.: 13-10536-RAM
                                                   CHAPTER 13

Carlos Augusto Maza,

    Debtor.

_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT,** on behalf of Ocwen Loan Servicing, LLC ("Secured Creditor") undersigned counsel hereby withdraws the following document:

**Notice of Mortgage Payment Change related to Claim No. 3, filed on January 11, 2017.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ.
355 WEST 49TH STREET
HIALEAH, FL  33012

CARLOS AUGUSTO MAZA
29005 SW 144TH COURT
HOMESTEAD, FL  33033

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204

MIAMI, FL  33130

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969


By: /s/ Christopher Salamone
    Christopher Salamone, Esquire
    Email: csalamone@rasflaw.com