

**ORDERED in the Southern District of Florida on March 14, 2017.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Carlos Augusto Maza                                    Case No: 13-10536-RAM
                                                                 Chapter 13

                    Debtor            /

## AGREED ORDER SUSTAINING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON JANUARY 11, 2017 BY OCWEN LOAN SERVICING, LLC AND DENYING MOTION FOR SANCTIONS

**THIS MATTER** having come before the Court upon Debtor's Objection to Notice of Mortgage Payment Change filed on January 11, 2017 by Ocwen Loan Servicing, LLC and Motion for Sanctions. The Court being advised that the parties have agreed to the full and final resolution of any and all matters raised in the Objection and have agreed to entry of this order, and being otherwise duly advised, IT IS;

**ORDERED** as follows**:**

1. The Objection to Notice of Mortgage Payment Change filed on January 11, 2017 by Ocwen Loan Servicing, LLC is **Sustained** and the Motion for Sanctions is **Denied,** subject to the terms of this order.

2. The Notice of Mortgage Payment Change filed on January 11, 2017 by Ocwen Loan Servicing, LLC, related to Claim #3 shall be withdrawn and it is noted that there was a withdrawal of same at ECF#77.

3. The Creditor shall not seek to collect on the request for payment that was the subject of the withdrawn Notice of Mortgage Payment Change by filing another Notice of Mortgage Payment Change requesting payment of the same kind or by other means outside the bankruptcy court.

4. If the Creditor, the current servicers, or any subsequent assignees or holders of the aforementioned entities attempt to collect any of the monies, fees, or expenses that was sought in such withdrawn Notice of Mortgage Payment Change, such action shall be deemed to be a willful violation of the orders of this Court; and that such action shall give the right to the Debtor to pursue a proceeding before this court for contempt and appropriate sanctions and such other state and federal statutory remedies as may be available to the debtor and that this Court specifically retain jurisdiction over such claim or claims.

5. Within 14 days of the entry of this Order, in full and final resolution of the Debtor's claims in the Objection, and without any admission of wrongdoing or statutory violations, Creditor, Ocwen Loan Servicing, LLC, shall pay attorney's fees in the amount of $1,000.00 to counsel for Debtor, Robert Sanchez, P.A., and shall send payment to the following address:

ROBERT SANCHEZ, P.A.
c/o Jose A. Blanco, Esq.
355 W 49th Street,
Hialeah, FL 33012

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.